UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CARLOS G CRUZ,
    Plaintiff,

v.

NANCY A. BERRYHILL,
    Defendant.

Case No. 16-cv-05910-PJH

**JUDGMENT**

This action having come before the court on the parties' cross-motions for summary judgment, and the court having granted plaintiff's motion in part and denied it in part, and having granted defendant's motion in part and denied it in part,

it is Ordered and Adjudged

that the Commissioner's final decision is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g). This constitutes a final judgment and closes the case and terminates all pending motions.

**IT IS SO ORDERED.**

Dated: December 18, 2017

_____
PHYLLIS J. HAMILTON
United States District Judge